**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00522-CV**

_____

**AMERICAN ENERGY MAPPING A/K/A DAMIEN WOLFF, Appellant**

**V.**

**HART ENERGY PUBLISHING LLLP, HART ENERGY MAPPING AND DATA SERVICES, LLP AND KEVIN HIGGINS, Appellees**

**On Appeal from the 410th District Court
Montgomery County, Texas
Trial Cause No. 13-05-04872 CV**

**MEMORANDUM OPINION**

The appellant filed a motion to dismiss this appeal.[1] The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

_____

[1]In his brief to the Court, the appellant states that American Energy Mapping is an assumed name of Damien Wolff.

1

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Opinion Delivered February 20, 2014

Before McKeithen, C.J., Horton and Johnson, JJ.